UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE THE COMPLAINT OF<br>MILTON WALKER, JR. AND<br>LOUISIANA SWAMP TOURS, LLC,<br>AS OWNER OF THE M/V WILD THING II<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO.<br><br>JUDGE:<br><br>MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

The Complaint of Milton Walker, Jr. and Louisiana Swamp Tours, LLC, as collective owner of the M/V WILD THING II (hereafter collectively "Complainant") for exoneration from or limitation of liability in a civil and maritime cause, within the meaning of Rule 9(h) and Supplemental Rule F of the Federal Rules of Civil Procedure respectfully representing to the Court as follows:

I.

This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. sec. 1333 and the Limitation of Liability Acts at 46 U.S.C.A. App. Sections 181 through 189 and sections 30505 through 30511.

II.

At all times material hereto, Complainant "Walker, Jr." was and is an individual citizen of the United States of America and resident of the parish of Jefferson, State of Louisiana and owner, member and officer of Louisiana Swamp Tours, LLC, and Complainant "Louisiana Swamp Tours, LLC" is a corporate citizen of the State of Louisiana with its principal place of business in Jefferson Parish, Louisiana, owned and operated by Milton Walker, Jr. who

collectively, own the M/V WILD THING II, a 2002 24 foot "tour kit" airboat manufactured by Ronnie's Airboats, bearing Hull ID number EJKRAS61D002 and Louisiana Registration number LA 4620 FK, and powered by a 2014 Chevrolet 7.4 Liter/454 HP engine bearing serial number 12569774/00073658 gasoline inboard engine. Such vessel and engine are now and at the pendency of these proceedings, in the district.

### III.

Complainant, at all times material hereto, kept and operated the M/V WILD THING II in a well maintained and seaworthy condition and at the commencement of the voyage described herein, the vessel had been certified by the United States Coast Guard as tight, staunch and properly equipped, supplied and manned to carry passengers with no undue hazards or dangers.

### IV.

On August 11, 2015, the WILD THING II was on a swamp tour near Crown Point, Louisiana, booked by Carolyn Gray, a citizen and resident of New York, and other customers when, upon exiting a bayou into a larger body of water, and while under power and in a starboard turn, it inadvertently slid outwards to the port side of its path, making contact with a small piling, and ricocheting off of the piling. All passengers were seated and belted with the exception of Ms. Gray, who upon failing to fasten her seatbelt prior to getting under way, fell from her seat onto the deck of the vessel, allegedly causing injuries to her shoulder, knee and other parts of her body. No other passengers were affected or claimed injuries or damages as a result of the incident at the time, but the legal statute of limitations for same has not yet run. At the time of the incident, the vessel was being operated by Captain Marty Eschette, Jr. who is a United States Coast Guard licensed captain employed by Complainant.

V.

Captain Eschette neither owns nor has any interest in the ownership of the M/V WILD THING II but is and was at the time of the incident employed by Complainant to run airboats and conduct swamp tours, competent and competently trained in the navigating and operating of vessels such as the M/V WILD THING II, as well as larger vessels, having a USCG 100 Gross Ton Master's license limited to 50 Gross Tons. The vessel at issue in the incident was at all kept times maintained and in serviceable seaworthy condition and safe for its purpose as a tour boat. The aforementioned incident was neither caused nor contributed to by any acts, inaction, neglect, negligence, fault, design or want of caution or care by Complainant.

VI.

The aforementioned incident was occasioned without the privity and knowledge of Complainant and could not have been foreseen. No officers, directors, members, shareholders or owners of Complainant Louisiana Swamp Tours, LLC were onboard for the voyage or at the time of the incident, nor was Complainant Milton Walker, Jr.

VII.

The voyage on the date of the aforementioned incident terminated on the same date, August 11, 2015, with the vessel's return to the dock immediately thereafter at the direction of Complainant, with only very minor cosmetic damage to the vessel, damage and repairs for which did not affect the value of the vessel at the time of the incident, which value is TWENTY ONE THOUSAND ($21,000.00) AND NO DOLLARS. (Exhibit "A", Affidavit and Survey of Present Fair Market Value of William Kyle, Marine Consulting, Inc.). The vessel had no pending freight.

VIII.

On October 21, 2015, written claim was made against Complainant by Carolyn Gray, through her attorney William Peter Connick for damages and injuries allegedly sustained in the August 11, 2015 incident. Prior to the written claim of October 21, 2015, Complainant had no knowledge of injury to Ms. Gray and had no notice, written or otherwise, of a claim by her. Accordingly, these proceedings have been instituted within six months of the date of receipt of said claim as required by law and statute.

IX.

In addition to the foregoing, it is anticipated that claim may be made by any health or medical insurer of, and/or provider to Ms. Gray for the assertion of medical liens and/or other reimbursements. There are no demands or claims other than as set forth above pending in tort, contract or otherwise, known to Complainant arising out of the incident of August 11, 2015. There are no unsatisfied liens or claims of liens arising out of the voyage, so far as known to Complainant.

X.

Complainant claims exoneration from liability for all losses, damages, injuries, liens and claims arising out of the aforementioned incident and voyage of August 11, 2015 and Complainant alleges herein valid defenses on the facts and on the law, Complainant further claiming the benefit of limitation of liability provided by the United States Code and various and supplementary and amendatory statutes and in particular, 46 U.S.C.A. sections 30505 through 30511.

XI.

Complainant is ready, willing and able to give and hereby offers to give a stipulation with sufficient surety for payment into the Court of the amount of value of Complainant's interest in the M/V WILD THING II, with interest whenever ordered by this Court and Complainant offers and submits herein a letter of undertaking stipulating to value in the sum of TWENTY ONE THOUSAND ($21,000.00) AND NO DOLLARS constituting the maximum value of the M/V WILD THING II, her equipment, appurtenances and engine at the time and date of the incident.

XII.

Complainants aver that this Complaint and the claim for exoneration from and/or liability asserted herein, is filed not only in their own behalf, but on behalf of their underwriters, which shall be entitled to exoneration and/or limitation to the same extent as Complainants and whose liability in the premises, if any, and for which same is denied, shall not exceed Complainant's liability, if any.

XIII.

All and singular, the premises of this Complaint are true and correct, and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court, and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, COMPLAINANT PRAYS:

A.  That this Honorable Court enter an Order approving as to quantum and form the Letter of Undertaking filed by Complainants herein as security in the amount of $21,000.00 pending any additional appraisement as may be ordered by this Court of the amount of Complainant's interest in said vessel;

B.     That this Court issue an injunction enjoining and restraining commencement or prosecution of any and all actions, suits or legal proceedings of any kind, against Complainant, their underwriters, or against the M/V WILD THING II, or any other property owned by Complainant, arising out of the voyage and incident of August 11, 2015;

C.     That the Court cause a Notice to be issued to all persons, firms and corporations having or alleging to have claims by reasons of the matters referenced above, and the incident and voyage of August 11, 2015, admonishing them to appear and file their claims with the Clerk of this Honorable Court on or before a date to be fixed by the Court and as specified in the Notice or be forever barred and permanently enjoined from making and filing any such claims, and also, to answer, all and singular, the premises of this Complaint;

D.     That the Court adjudge that Complainant, its insurers and underwriters and the M/V WILD THING II are not liable for any damages, demands or claims arising out of the incident and voyage of August 11, 2015;

E.     That in the alternative, should this Court adjudge that Complainant and its insurers and underwriters are liable to any extent for any damages or injuries or any other claim arising out the incident and voyage of August 11, 2015, the Court limit such liability to the value of the M/V WILD THING II, her engine and her pending freight (which is none), at the time of the incident and voyage of August 11, 2015, the amount of said value to be divided, *pro rata*, among the claimants thereto, but only upon their having made due proof of their respective claims, and that a decree be entered discharging Complainant and its insurers and underwriters of and from any and all further liability and forever enjoining the filing and prosecution of any and all claims arising out of the incident and voyage of August 11, 2015; and

F.   That Complainants have such other and further relief to which they may be entitled and as may be just and proper.

                                        Respectfully submitted,

                                        WALLER & ASSOCIATES

                                        /s/Elton A. Foster
                                        ELTON A. FOSTER, LBA #21281
                                        3838 N. Causeway Blvd., Suite 3160
                                        Metairie, Louisiana 70002
                                        Telephone: (504) 832-7630
                                        Facsimile:   (504) 833-4969
                                        efoster@travelers.com