UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: THE MATTER OF MILTON            CIVIL ACTION
WALKER JR., ET AL.

NO. 16-1152

SECTION I

ORDER

Claimant, Carolyn Gray ("Gray"), has filed the only answer and claim[1] in this proceeding for exoneration from or limitation of liability.[2] Gray has now filed a motion to stay this limitation/exoneration proceeding and to lift the stay against proceedings in state court against the petitioners.[3] In support of the motion, Gray has entered into the stipulations preserving petitioners' rights to have this Court decide any issues relating to limitation of liability, consistent with the relevant case law.[4] *See In re Tetra Applied Techs., L.P.*, 362 F.3d 338, 341 (5th Cir. 2004) ("[I]f the necessary stipulations are provided to protect the rights of the shipowner under the Limitation Act, the claimants may proceed in state court."). No timely opposition has been filed by the limitation petitioners, and the Court has confirmed with counsel for petitioners that the motion is unopposed. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay and injunction against state court proceedings is **LIFTED** subject to Gray's stipulations.

---

[1] R. Doc. No. 7.
[2] R. Doc. No. 1.
[3] R. Doc. No. 9.
[4] R. Doc. No. 9, at 2.

1

**IT IS FURTHER ORDERED** that the above-captioned matter is **STAYED AND ADMINISTRATIVELY CLOSED**. Any party may file a motion to re-open the above-captioned matter, if necessary, based on the outcome of any state-court proceeding.

New Orleans, Louisiana, April 28, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**